IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3147 |
| vs. | |
| JUAN PABLO LIMON MARTINEZ, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Government's motion for status, (Filing No. 13), is granted.

2) A status hearing will be held at 3:30 p.m. on January 16, 2018 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) Defendant and counsel for the government shall attend.

January 12, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge